| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) ELLISON, KEITH P. | 2. Court or Organization U.S.D.C. SOUTHERN DISTRICT OF TEXAS | 3. Date of Report 08/25/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 515 RUSK STREET, ROOM 3716 HOUSTON, TEXAS 77002 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Director | Harry A. Blackmun Schloarship Foundation |
| 2. | Director | Executive Committee Order of Coif |
| 3. | Secretary | Rhodes Scholarship Selection Committee -District VIII |
| 4. | Director | Houston Achievement Place |
| 5. | Counsel | American Inn of Court, Houston Intellectual Property Chapter |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, KEITH P. | 08/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 Year | Norton Rose Fulbright partnership profits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Order of Coif | January 2015 | Washington, D.C. | Committee Meeting | Transportation / Meals / Lodging |
| 2. | Stanford Law School | January 2015 | Palo Alto, CA | To serve as a moot court judge | Transportation / Meals / Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, KEITH P. | 08/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wallis State Bank | Revolving Unsecured Loan Agreement | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, KEITH P. | 08/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401(K) SAVINGS PLAN Vanguard | E | Dividend | P1 | T | | | | | |
| 2. - Vanguard Prime Money Market Fund | | | | | | | | | |
| 3. - Vanguard Total Market Index Fund | | | | | | | | | |
| 4. - Vanguard International Stock Index Fund | | | | | | | | | |
| 5. - Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 6. - Adams Express Co. Common Stock | | | | | | | | | |
| 7. - American Opportunities Mutual Fund | | | | | | | | | |
| 8. - Van Kampen Internet Mutual Fund | | | | | | | | | |
| 9. IRA | A | Dividend | O | T | | | | | |
| 10. - Fidelity Dividend Growth Mutual Fund | | | | | | | | | |
| 11. - Fidelity Money Market | | | | | | | | | |
| 12. - Van Kampen Internet Mutual Fund | | | | | | | | | |
| 13. RETIREMENT SAVINGS PLAN Govt Plan | B | Dividend | M | T | | | | | |
| 14. - Spartan U. S. Equity Income | | | | | | | | | |
| 15. 401(K) PLAN - TAX DEFERRED | E | Dividend | O | T | | | | | |
| 16. - Fidelity Contrafund | | | | | | | | | |
| 17. - Fidelity Government Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, KEITH P. | 08/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO BANK | A | Interest | J | T | | | | | |
| 19. WELLS FARGO BANK | A | Interest | J | T | | | | | |
| 20. AMEGY BANK OF TEXAS CHECKING ACCOUNT | A | Interest | N | T | | | | | |
| 21. AMEGY BANK OF TEXAS SAVINGS ACCOUNT | A | Interest | M | T | | | | | |
| 22. Fidelity -Individual Account (H) | E | Int./Div. | P1 | T | | | | | |
| 23. - Fidelity Municipal Money Market | E | Interest | O | T | | | | | |
| 24. San Francisco Airport Improvement Bond | A | Interest | J | T | | | | | |
| 25. Chevron Corp. | E | Dividend | O | T | Sold (part) | 10/20/15 | K | D | |
| 26. Chevron Corp | E | Dividend | O | T | Sold (part) | 11/17/15 | L | D | |
| 27. Adams Express Co. | B | Dividend | L | T | | | | | |
| 28. Fairpoint Communications, Inc. | A | Dividend | J | T | | | | | |
| 29. Merck & Co. | A | Dividend | K | T | | | | | |
| 30. Verizon | A | Dividend | L | T | | | | | |
| 31. Spartan International | A | Dividend | K | T | | | | | |
| 32. Legg Mason | A | Dividend | J | T | | | | | |
| 33. GE Capital Interests | A | Interest | J | T | | | | | |
| 34. Time Warner | A | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, KEITH P. | 08/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lehman Bros | A | Interest | J | T | | | | | |
| 36. Fidelity Cash Reserves | A | Interest | M | T | | | | | |
| 37. Govt. Natl. Mortg. Assn | A | Interest | L | T | | | | | |
| 38. Vanguard Inherited IRA-(H) | | | | | | | | | |
| 39. -Vanguard Balanced Index Fund Admiral | A | Dividend | K | T | | | | | |
| 40. -Vanguard Windsor II Fund Admiral Shares | A | Dividend | K | T | Sold (part) | 01/05/15 | K | B | |
| 41. -Vanguard Total Stock Market Index Fund Admiral Shares | A | Dividend | K | T | Sold (part) | 01/05/15 | K | B | |
| 42. Fidelity IRA | E | Int./Div. | O | T | | | | | |
| 43. -Fidelity Cash Reserves | | | | | | | | | |
| 44. -Govt Natl Mtg Assn II Pool | | | | | | | | | |
| 45. -Govt Natl Mtg Assn Pool | | | | | | | | | |
| 46. -GE Capital Internotes | | | | | | | | | |
| 47. -Lehman Bros Hldgs Inc | | | | | | | | | |
| 48. -Leucadia Natl Corp Sr NT | | | | | | | | | |
| 49. -Time Warner Cos Inc DEB | | | | | | | | | |
| 50. -Adams Express Company | | | | | | | | | |
| 51. -Fidelity Inflation Protected Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, KEITH P. | 08/25/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Fidelity Strategic Income | | | | | | | | | |
| 53.  -Spartan Intl Index Investor Class | | | | | | | | | |
| 54.  -Frontier -Communications Corp Com | | | | | | | | | |
| 55.  -Merck & Co Inc New Com | | | | | | | | | |
| 56.  -Legg Mason CBA Equity FD CL O | | | | | | | | | |
| 57.  -Verizon Communications | | | | | | | | | |
| 58.  - Fidelity Money Market | | | | | | | | | |
| 59.  - Van Kampen Internet Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ELLISON, KEITH P.** | 08/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part IV line 51 of my report for 2014, the listing of Chevron Corp. New was in error. It has not been included in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ KEITH P. ELLISON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544